IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FERNANDO RANGEL, : | |
| : | No. 5:13-cv-00843-HLH |
| Plaintiff, : | |
| : | |
| vs. : | CLASS ACTION |
| : | |
| CARDELL CABINETRY, LLC, : | |
| : | JURY TRIAL DEMANDED |
| Defendant. : | |
| | |
| ERIC DEAN GIBSON, : | |
| : | No. 5:13-cv-00890-XR |
| Plaintiff, : | |
| : | |
| vs. : | CLASS ACTION |
| : | |
| CARDELL CABINETRY, LLC, : | |
| : | JURY TRIAL DEMANDED |
| Defendant. : | |

**PLAINTIFF FERNANDO RANGEL'S CROSS-MOTION TO
CONSOLIDATE THE RELATED CARDELL CASES**

For the reasons set forth in the accompanying Memorandum of Law, the above-captioned *Gibson* and *Rangel* cases should be consolidated pursuant to Rule 42 of the Federal Rules of Civil Procedure. In addition, the *Gibson* plaintiff's motion for the appointment of lead and liaison counsel should be denied without prejudice.

A proposed order granting this relief is submitted herewith.

H0029301.

Dated:  October 7, 2013			Respectfully submitted,

*/s/ Michael A. Caddell*
Michael A. Caddell
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston, Texas  77010-3027
Tel: (713) 751-0400
Fax: (713) 751-0906
MAC@caddellchapman.com

Joseph G. Sauder (pro hac vice)
Matthew D. Schelkopf (pro hac vice)
Benjamin F. Johns (pro hac vice)
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
E-mail: JosephSauder@chimicles.com
MatthewSchelkopf@chimicles.com
BFJ@chimicles.com

**Counsel for Plaintiff and the Class**

## Certificate of Service

I, Michael A. Caddell, certify that on this 7th day of October, 2013, I caused the foregoing Motion, Memorandum and Proposed Order to be filed in the above captioned cases using the Court's CM/ECF system, thereby serving these materials upon all registered counsel of record in these cases. I further certify that I mailed these materials upon the following parties:

> Cardell Cabinetry, LLC
> 3215 N. Pan Am Expressway
> San Antonio, Texas 78219

> */s/ Michael A. Caddell*
> Michael A. Caddell

H0029301.