IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FERNANDO RANGEL | § § | |
| Plaintiff | § § | |
| v. | § | No. SA-13-CA-843 |
| CARDELL CABINETRY, LLC | § § § | |
| Defendants | § | |

| | | |
|---|---|---|
| ERIC DEAN GIBSON | § § | |
| Plaintiff | § § | |
| v. | § | No. SA-13-CA-890 |
| CARDELL CABINETRY, LLC | § § § | |
| Defendants | § | |

**ORDER OF CONSOLIDATION**

On this day came on to be considered the motion and cross-motion to consolidate the above-styled and numbered causes. The Court finds that the two actions involve common questions of law and fact; that they are subject to consolidation under Rule 42(a), Federal Rules of Civil Procedure; and that the motions to consolidate should be granted.

IT IS THEREFORE ORDERED that the above-styled and numbered causes be, and they are hereby, CONSOLIDATED for all purposes.

SIGNED AND ENTERED this 9th day of October, 2013.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE