IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FERNANDO RANGEL, ERIC DEAN GIBSON and ESTHER ZAMORA, on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : : | No. 5:13-cv-00843-HLH |
| vs. | : : | CLASS ACTION |
| CARDELL CABINETRY, LLC, H.I.G. CAPITAL LLC, and CARDELL ACQUISITION, INC., f/k/a H.I.G. CARDELL ACQUISITION, INC., | : : : : : : : | JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs Fernando Rangel, Eric Dean Gibson and Esther Zamora ("Plaintiffs") respectfully request that the Court enter the [Proposed] Order submitted herewith as Exhibit B to the Settlement Agreement granting preliminary approval to the class action settlement.

The H.I.G. Defendants do not oppose the relief sought in this motion.

H0038928.

1

Dated:  September 8, 2014

                                       Respectfully submitted,

                                       */s/ Cory S. Fein*
                                       Michael A. Caddell
                                       Cory S. Fein
                                       **CADDELL & CHAPMAN**
                                       1331 Lamar, Suite 1070
                                       Houston, Texas  77010-3027
                                       Tel: (713) 751-0400
                                       Fax: (713) 751-0906
                                       MAC@caddellchapman.com
                                       CBC@caddellchapman.com
                                       CSF@caddellchapman.com

                                       Joseph G. Sauder
                                       Matthew D. Schelkopf
                                       Benjamin F. Johns
                                       **CHIMICLES & TIKELLIS LLP**
                                       One Haverford Centre
                                       361 West Lancaster Avenue
                                       Haverford, PA 19041
                                       Telephone: (610) 642-8500
                                       Facsimile: (610) 649-3633
                                       E-mail: JosephSauder@chimicles.com
                                       MatthewSchelkopf@chimicles.com
                                       BFJ@chimicles.com

Robert I. Harwood
Peter W. Overs, Jr.
**HARWOOD FEFFER LLP**
488 Madison Ave., 8th Floor
New York, New York 10022
Tel.: (212) 935-7400
Fax:  (212) 753-3630

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

      I, Cory S. Fein, certify that on September 8, 2014, I caused the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** accompanying memorandum of law, proposed order, settlement agreement and exhibits to be filed using the Court's CM/ECF System, thereby causing it to be served upon all counsel of record in this case.

                                        */s/ Cory S. Fein*
                                        Cory S. Fein

H0038928.